```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 18930
   REBECCA OBOYLE
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6683


-----------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/13/04 and confirmed on 09/07/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   6750.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
TAYLOR BEAN & WHITAKER    CURRENT MORTG          .00            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          1007.25            .00         100.73
ROUNDUP FUNDING LLC       UNSECURED          6223.22            .00         622.32
ECAST SETTLEMENT CORPORA  UNSECURED          9164.02            .00         916.40
ECAST SETTLEMENT CORPORA  UNSECURED          7360.21            .00         736.02
DELL FINANCIAL SVCS       UNSECURED          1227.68            .00         122.77
GE MONEY BANK             UNSECURED         NOT FILED           .00            .00
KOHLS                     UNSECURED           422.52            .00          42.25
OLD NAVY                  UNSECURED         NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED           649.30            .00          64.93
RESURGENT CAPITAL SERVIC  UNSECURED          6088.62            .00         608.86
RESURGENT CAPITAL SERVIC  UNSECURED           791.34            .00          79.13
WORLD FINANCIAL NETWORK   UNSECURED          1557.41            .00         155.74
TAYLOR BEAN & WHITAKER    COST OF COLLE       100.00            .00         100.00
TAYLOR BEAN & WHITAKER    COST OF COLLE       600.00            .00         600.00
        Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        700.00     34491.57         .00      35191.57
PRINCIPAL PAID          .00        700.00      3449.15         .00       4149.15
INTEREST PAID           .00           .00           .00        .00            .00
TOTAL PAID              .00        700.00      3449.15         .00       4149.15
The Debtor's attorney, ROBERT J SEMRAD & ASSOC         , was allowed $   2475.00
and was paid $    294.80   direct and $   2180.20   through the plan.

The Trustee received $    282.21 .

Refunds to the Debtor totaled $     138.44 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 04 B 18930 REBECCA OBOYLE